LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH          898-0
ian@ianmattoch.com
DANIEL P. KIRLEY        6205-0
dan@ianmattoch.com
Pacific Guardian Center
737 Bishop Street, Suite 1835
Honolulu, Hawai`i  96813
Telephone:  808-523-2451
Facsimile:  808-531-2652

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ELEANORE M. STANLEY,<br><br>                Plaintiff,<br><br>  vs.<br><br>SVO PACIFIC, INC., a Florida corporation; SVO HAWAII MANAGEMENT, INC., a Hawai`i, corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                Defendants. | CIVIL NO. 16-00572 BMK<br>(Other Non-Motor Vehicle Tort)<br><br>STIPULATION TO REMAND CASE TO STATE COURT and [PROPOSED] ORDER |

STIPULATION TO REMAND CASE TO STATE COURT

WHEREAS, Plaintiff ELEANORE M. STANLEY ("Plaintiff") originally filed this case on September 26, 2016, in the Circuit Court of the Fifth Circuit, State of Hawai`i;

WHEREAS, on October 21, 2016, Defendants to the original action filed their Notice of Removal to this Court and alleged proper subject matter jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship / amount in controversy);

WHEREAS, on __February 22,__ 2017, Plaintiff filed a First Amended Complaint by stipulation that included a new party, Defendant SVO HAWAII MANAGEMENT, INC., a Hawai`i corporation; and

WHEREAS, because the inclusion in the case of Defendant SVO HAWAII MANAGEMENT, INC., a Hawai`i corporation, destroys complete diversity and proper subject matter jurisdiction, the parties now agree to remand the case back to the Circuit Court of the Fifth Circuit, State of Hawai`i;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the above-named parties, by and through their undersigned counsel, that the present case shall be remanded to Circuit Court of the Fifth Circuit, State of Hawai`i.

DATED:  Honolulu, Hawai`i, February 17, 2017.

/s/ Daniel P. Kirley
IAN L. MATTOCH
DANIEL P. KIRLEY
Attorneys for Plaintiff


/s/ John-Anderson L. Meyer
PAUL ALSTON
JOHN-ANDERSON L. MEYER
TIMOTHY PARTELOW
Attorneys for Defendants SVO PACIFIC, INC.; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; and STARWOOD VACATION OWNERSHIP, INC.

APPROVED AND SO ORDERED:



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge



Stanley vs. SVO Pacific, Inc., et al., Civil No. 16-00572 BMK, USDC, District of Hawai`i, STIPULATION TO REMAND CASE TO STATE COURT and [PROPOSED] ORDER.

3